# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| **Michael Kelley**<br>*Plaintiff(s)*<br><br>v.<br><br>**Luxe Living Realty, LLC and Dora Puig**<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:26-cv-20277<br>)<br>)<br>)<br>)<br>) |

**SUMMONS IN A CIVIL ACTION**

To:  Luxe Living Realty, LLC
Serve: Registered Agent
Eric J. Grabois, P.L.
1666 79th Street Causeway, Suite 500
North Bay Village, Fl 33141.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

George N. Colville
**SRIPLAW, P.A.**
21301 Powerline Road, Suite 100
Boca Raton, Florida 33433

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: Jan 16, 2026



Angela E. Noble
Clerk of Court

s/ K. Pierre
Deputy Clerk
U.S. District Courts

SUMMONS

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

|  |  |
|---|---|
| **Michael Kelley**<br>*Plaintiff(s)*<br><br>v.<br><br>**Luxe Living Realty, LLC and Dora Puig**<br>*Defendant(s)* | Civil Action No. 1:26-cv-20277 |

### SUMMONS IN A CIVIL ACTION

To:     Dora Puig
        1680 Michigan Avenue
        Suite 100
        Miami Beach, FL 33139

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

George N. Colville
**SRIPLAW, P.A.**
21301 Powerline Road, Suite 100
Boca Raton, Florida 33433

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: Jan 16, 2026



Angela E. Noble
Clerk of Court

*s/ K. Pierre*
Deputy Clerk
U.S. District Courts

SUMMONS